UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY M. ADAMS,

       Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

Case No. 11-14558
Hon. Gerald E. Rosen
Magistrate Judge Laurie J. Michelson

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       January 25, 2013

PRESENT: Honorable Gerald E. Rosen
Chief Judge, United States District Court

On November 6, 2012, Magistrate Judge Laurie J. Michelson issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Jody M. Adams' motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's November 6, 2012 Report and Recommendation (docket #12) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's April 9, 2012 motion for summary judgment (docket #10) is DENIED, and that Defendant's May 9, 2012 motion for summary judgment (docket #11) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  January 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager