UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY M. ADAMS,

      Plaintiff,

v.

      Case No. 11-14558
      Hon. Gerald E. Rosen
      Magistrate Judge Laurie J. Michelson

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       January 25, 2013      

      PRESENT: Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

    The Court having this day entered an order adopting the Magistrate Judge's Report

and Recommendation, denying Plaintiff's motion for summary judgment, and granting

Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

                        s/Gerald E. Rosen
                        Chief Judge, United States District Court

Dated: January 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2013, by electronic and/or ordinary mail.

                        s/Julie Owens
                        Case Manager